ISAK GREENBERG AND STEPHEN SEDLAK, RELATORS, v.
W. HOMER AXFORD, DIRECTOR OF STREETS AND
PUBLIC IMPROVEMENTS, AND THE CITY OF BAY-
ONNE, RESPONDENTS.

Argued May 5, 1924—Decided May 29, 1925.

**Zoning—Store in Restricted Area—Case Clearly Within Rule of
Ignaciunas v. Risley, 2 N. J. Adv. R. 852.**

On rule to show cause why a writ of *mandamus* should not
issue.

Before Justices TRENCHARD, KATZENBACH and LLOYD.

For the relators, *Aaron A. Melniker*.

For the respondents, *James Benny*.

PER CURIAM.

The above case is before this court upon a rule to show
cause why a writ of *mandamus* should not issue against W.
Homer Axford, director of streets and public improvements
of the city of Bayonne, and the city of Bayonne, to issue to
the relators a permit for the construction of a building to be
used for dwelling and store purposes on a tract of land owned
by them, located on the southeast corner of Humphreys ave-
nue and West Fourth street, in the city of Bayonne. The
deed for the property contains no covenants or restrictions
which would forbid the erection of the building desired upon
the premises. The refusal of the building inspector to grant
the permit is based upon section 527 of the building code of
the city of Bayonne, which prohibits the erection in the dis-
trict in which the lands of the relators are located of a build-
ing to be used for store purposes. The relators below ap-
pealed to the board of commissioners of the city of Bayonne
from the refusal of the building inspector to grant the permit.

After the hearing the commissioners affirmed the building inspector's ruling.

An examination of section 527 of the building code of the city of Bayonne discloses that it requires the maintenance of the section in which the relators' property is located as a residential section. The present case falls clearly within the decisions in *Ignaciunas* v. *Risley*, 2 *N. J. Adv. R.* 852, and *Plaza Apartment Hotel Corporation* v. *Hague*, 2 *Id.* 1625, and other case of like import.

A peremptory writ of *mandamus* will be awarded. The defendants may apply, if they desire to appeal, for an order moulding the pleadings.